UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAKESH DHINGRA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>USA, et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-00360-JCS<br><br>**ORDER DENYING AS MOOT MOTION TO DISMISS ORIGINAL COMPLAINT**<br><br>Re: Dkt. No. 17 |

After Defendants moved to dismiss Plaintiff Rakesh Dhingra's original complaint, Dhingra filed an amended complaint as permitted by Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure. The amended complaint supersedes the original complaint, and the motion to dismiss the original complaint is therefore DENIED AS MOOT, without prejudice to Defendants bringing a new motion in response to the amended complaint.

Although Dhingra's motion to stay this action remains on calendar for June 28, 2019, the parties are advised that if Defendants file a motion to dismiss the amended complaint, the hearing on the motion to stay will be continued to coincide with that motion.

**IT IS SO ORDERED.**

Dated: June 11, 2019

_____
JOSEPH C. SPERO
Chief Magistrate Judge